**CAPITAL BRIDGE CO., LTD.,**
Plaintiff–Appellant,

v.

**IVL TECHNOLOGIES, LTD.,**
Defendant–Appellee,

and

**Memcorp, Inc. and Craig Electronics,
Inc., Defendants.**

No. 2006–1637.

United States Court of Appeals,
Federal Circuit.

Aug. 10, 2007.

Brian L. Wamsley, Goodwin Procter LLP, of New York, N.Y., argued for plaintiff-appellant. On the brief was Anthony H. Handal, Brown Rudnick Berlack Israels, LLP, of New York, N.Y.

Daniel P. Burke, Daniel P. Burke & Associates, PLLC, of Hauppauge, N.Y., argued for defendant-appellee. With him on the brief was Georgia Damoulakis.

MICHEL, Chief Judge, SCHALL, Circuit Judge, and BUCKLO [1], District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.